IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TAVARRES J. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-131 |
| | ) | |
| MAJOR ROBERT LEVERETT; | ) | |
| LIEUTENANT GRIFFEN; | ) | |
| SERGEANT MITCHELL; | ) | |
| OFFICER RUFFIN; and | ) | |
| OFFICER POSTON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendant Robert Leverett from this case, and **DENIES** the Motion for Judgment by Default, (doc. no. 7).

SO ORDERED this 2nd day of February, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA