IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TAVARRES J. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-131 |
| | ) | |
| LIEUTENANT DAVID GRIFFIN; | ) | |
| SERGEANT CHRISTOPHER | ) | |
| MITCHELL; OFFICER RUFFIN; and, | ) | |
| DEPUTY JUSTIN POSTON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment (doc. no. 36), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants Griffin, Mitchell, Ruffin, and Poston, and **CLOSES** this civil action.

SO ORDERED this 15th day of January, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA