# United States District Court
## Southern District of Georgia

TAVARRES J. HENDERSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-131

LIEUTENANT DAVID GRIFFIN; SERGEANT
CHRISTOPHER MITCHELL; OFFICER RUFFIN;
and, DEPUTY JUSTIN POSTON,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 15, 2019 adopting the Report and Recommendations as the Court's opinion, that Defendants' motion for summary judgment is granted. Judgment is hereby entered in favor of Defendants Griffin, Mitchell, Ruffin, and Poston. This civil action stands closed.



01/15/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk